```
 1  TRACY L. WOOD, Esq. (SBN 209362)
    LAW OFFICES OF TRACY WOOD
 2  5980 Stoneridge Drive, Ste. 116
    Pleasanton, CA  94588
 3  Telephone No.: (925) 469-9888
    Fax No. (925) 469-9889
 4
 5  Attorneys for Plaintiff: OLIVE CANONIZADO
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ) | Case No.: CV 09-03530 CW |
| OLIVE CANONIZADO,                          ) | |
|    Plaintiff,                          ) | NOTICE OF CHANGE OF ADDRESS |
| ) | |
|    vs.                          ) | |
| ) | |
| HOME LOAN SERVICES, INC.; FIRST            ) | |
| AMERICAN LOANSTAR TRUSTEE                  ) | |
| SERVICES; MORTGAGE ELECTRONIC              ) | |
| REGISTRATION SYSTEMS, INC.; FIRST          ) | |
| FRANKLIN, A DIVISION OF NATIONAL           ) | |
| CITY BANK;                                 ) | |
| and Does 1 through 50, inclusive           ) | |
|    Defendants,                    ) | |

     TO DEFENDANTS AND ATTORNEYS ON RECORD:

     PLEASE TAKE NOTICE: that Tracy L. Wood, Law Offices of Tracy Wood, would be changing its address to a different location. Effective, September 1, 2009, the new address for service of notices and documents will be:

     LAW OFFICES OF TRACY WOOD

     Tracy L. Wood, Esq.

     5980 Stoneridge Drive, Suite 116

Pleasanton, California 94588

The telephone number and fax number will not change.

ANY AND ALL NOTICES AND DOCUMENTS regarding this action should be sent to the above address as of the effective date.

Dated: __9/02/2009___     /s/ Tracy L. Wood
                          TRACY L. WOOD
                          Attorney for Plaintiff

*CASE NAME:*     *Canonizado v. First American Loanstar Trustee Services; et al.*
*CASE NUMBER:*   CV 09-03530 CW

## PROOF OF SERVICE

I, Alysha Mejia, the undersigned declare

I am employed in the county of Alameda. I am over the age of (18) and not a party to the within matter. My employer and business address is Law Offices of Tracy Wood, 5980 Stoneridge Drive, Suite 116, Pleasanton, California 94588.

On September 2, 2009, following ordinary business practices, I served the following document(s):

*Notice of Change of Address*

**Marcus T. Brown, Esq.**
**Stuart Bruce Wolfe, Esq.**
WOLFE & WYMAN LLP
2175 N. California Blvd.
Suite 415
Walnut Creek, CA 94596
Phone 925-280-0004
Fax 925-280-0005
mtbrown@wolfewyman.com

___X___ **MAIL**: I am readily familiar with my employer's practice for collection and processing of documents for mailing with the United States Postal Services and that practice is that the documents are deposited with the United States Postal Service with postage fully prepaid the

1  same day as collection in the ordinary course of business. On this date I served the above
   interested parties following my employer's ordinary business practices.
2
3  _____**BY FACSIMILE:** By use of a facsimile machine telephone number (925) 469-9889, I
   served a copy of the within document(s) on the above interested parties at the facsimile number
4  listed above. The transmission report was completed without error.

5       I declare under penalty of perjury under the laws of the state of California that the

6  foregoing is true and correct.

7       Dated: 9/02/2009

8                                               /s/ Alysha Mejia
                                                Alysha Mejia
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -